UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHORN JASON MOEUM,<br>Petitioner<br>v.<br>RAYMOND MADDEN, Warden,<br>Respondent. | Case No. CV 15-1950-FMO (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: May 22, 2017  _____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE